Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, ALLEN RONK
and TIMOTHY BERCHTOLD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| ERICK EFRAIN ALEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, ALLEN RONK, TIMOTHY BERCHTOLD, and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 1:11-CV-02006-AWI-JLT<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER [DKT. NO. 12] AND ORDER GRANTING THE STIPULATION IN PART**<br><br>(Doc. 16) |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that additional time is needed to conduct written discovery and the depositions of the parties and percipient witnesses. Discovery proceedings have been delayed due to the busy trial schedule of both parties' counsel. Therefore, the parties request that the scheduling order be modified as set forth below. The requested continuances will not, in any way, affect the trial date of November 5, 2013.

///

///

| Deadline/Hearing | Current Date | Requested Date |
|---|---|---|
| Non-Expert Discovery Cutoff | January 11, 2013 | April 12, 2013 |
| Disclosure of Expert Witnesses | February 15, 2013 | April 23, 2013 |
| Disclosure of Rebuttal Expert Witnesses | March 15, 2013 | May 8, 2013 |
| Expert Discovery Cutoff | April 5, 2013 | June 3, 2013 |
| Non-Dispositive Motions (Deadline to File) | April 19, 2013 | June 14, 2013 |
| Hearing on Non-Dispositive Motions | May 17, 2013 | July 19, 2013 |
| Dispositive Pretrial Motions (Deadline to File) | May 31, 2013 | June 24, 2013 |
| Hearing on Dispositive Motions | July 15, 2013 | July 29, 2013 |
| Settlement Conference | August 7, 2013 | same |
| Pretrial Conference | September 5, 2013 | same |
| Trial | November 5, 2013 | same |

Dated:  October 9, 2012                MARDEROSIAN, RUNYON, CERCONE & LEHMAN


By:   /s/ Michael G. Marderosian
       Michael G. Marderosian,
       Attorney for Defendants above-named.

Dated:  October 9, 2012                LAW OFFICE OF KYLE J. HUMPHREY


By:   /s/ Jared M. Thompson
       Jared M. Thompson,
       Attorney for Plaintiff

**ORDER**

Before the Court is the stipulation to amend the scheduling order.  The amendment is sought as a result of busy trial schedules which have delayed discovery efforts.  Unfortunately, despite the intentions of counsel, the proposed dates *do* impact the pretrial and trial dates.  The press of the Court's calendar requires there be an eight-week interval between the hearing on a dispositive motion and the pretrial conference.  Therefore, thought the Court will **GRANT** the stipulation **in PART**, it cannot approve of the dates related to the dispositive motion.

Therefore, it is **ORDERED** that the scheduling order be modified as follows:

| Deadline/Hearing | Current Date | Modified Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | January 11, 2013 | April 12, 2013 |
| Disclosure of Expert Witnesses | February 15, 2013 | April 12, 2013 |
| Disclosure of Rebuttal Expert Witnesses | March 15, 2013 | April 26, 2013 |
| Expert Discovery Cutoff | April 5, 2013 | May 17, 2013 |
| Non-Dispositive Motions (Deadline to File) | April 19, 2013 | May 24, 2013 |
| Hearing on Non-Dispositive Motions | May 17, 2013 | June 21, 2013 |
| Dispositive Pretrial Motions (Deadline to File) | May 31, 2013 | May 31, 2013 |
| Hearing on Dispositive Motions | July 15, 2013 | July 15, 2013 |

IT IS SO ORDERED.

Dated:   **October 9, 2012**         /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE