IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK EFRAIN ALEMAN,        )<br>                                                   )<br>        Plaintiff,                      )<br>    v.                                         )<br>                                                   )<br>CITY OF BAKERSFIELD, ALLEN )<br>RONK, TIMOTHY BERCHTOLD, and )<br>DOES 1 to 100, inclusive,        )<br>                                                   )<br>        Defendants.                 )<br>_____) | 1:11-cv-2006  AWI JLT<br><br>ORDER VACATING<br>HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

   Currently set for hearing and decision on July 15, 2013, is Defendants' motion for qualified immunity.  Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument.

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 15, 2013, is VACATED, and the parties shall not appear at that time.  As of July 15, 2013, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 10, 2013

_____
SENIOR  DISTRICT  JUDGE