1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK EFRAIN ALEMAN, | Case No.: 1:11-cv-02006 AWI JLT |
| Plaintiff, | ORDER AFTER SETTLEMENT CONFERENCE |
| v. | |
| CITY OF BAKERSFIELD, et al., | |
| Defendants. | |

On August 16, 2013, the Court conducted a settlement conference with the parties at which time they were able to come to agreement to resolve the matter. Therefore, the Court **ORDERS**:

    1.    No later than **August 23, 2013**, counsel for Defendants SHALL provide a draft settlement agreement to counsel for Plaintiff;

    2.    Within one week, counsel for Plaintiff SHALL review the agreement, obtain Plaintiff's signature on the document and return the document to counsel for Defendants;

    3.    Within ten days of receipt of the signed settlement agreement from Plaintiff, counsel for Defendants SHALL obtain payment, according to the terms of the agreement, and provide this payment to counsel for Plaintiff;

    4.    No later than September 20, 2013, the parties SHALL file a joint request for dismissal of the action with prejudice.

    5.    All pending dates, motions, conferences and hearings are **VACATED**.

1

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **August 19, 2013**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE