Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:      Defendants ALLEN RONK and TIMOTHY BERCHTOLD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK EFRAIN ALEMAN, ) | Case No. 1:11-CV-02006-AWI-JLT |
| ) | |
| Plaintiff, ) | **STIPULATED DISMISSAL** |
| ) | **AND  ORDER** |
| vs. ) | |
| ) | |
| CITY OF BAKERSFIELD, ALLEN ) | |
| RONK, TIMOTHY BERCHTOLD, ) | |
| and DOES 1 to 100, Inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

///

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice.

Dated: September 5, 2013.   MARDEROSIAN, RUNYON, CERCONE & COHEN

By:   /s/ Michael G. Marderosian
    Attorney for Defendants
    above-named.

Dated: September 2, 2013.   LAW OFFICE OF KYLE J. HUMPHREY

By:   /s/ Jared M. Thompson
    Jared M. Thompson,
    Attorneys for Plaintiff

## ORDER

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:   September 5, 2013         _____
                                   SENIOR DISTRICT JUDGE